UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TIMOTHY EARL BEFFREY,

          Plaintiff,

v.                                            Case Number 11-CV-11310
                                            Honorable Thomas L. Ludington
MICHAEL ASTRUE,
Commissioner of Social Security,

          Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION,
GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT,
AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on the report and recommendation (ECF No. 17) issued by Magistrate Judge David Grand on May 1, 2012, on the cross-motions for summary judgment filed by Plaintiff and Defendant (ECF Nos. 8, 15). Judge Grand recommends that the Court grant Defendant's motion, deny Plaintiff's motion, and affirm the commissioner's determination that Plaintiff is not disabled.

Any party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* The Court is not obligated to review the portions of the report to which no objection was made. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). As of today's date, no party has filed any objections to Judge Grand's report and recommendation.

Accordingly, it is **ORDERED** that Judge Grand's report and recommendation (ECF No. 17) is **ADOPTED**.

It is further **ORDERED** that Defendant's motion for summary judgment (ECF No. 15) is **GRANTED**.

It is further **ORDERED** that Plaintiff's motion for summary judgment (ECF No. 8) is **DENIED**.

It is further **ORDERED** that the determination of the Commisioner of Social Security is **AFFIRMED** and the complaint is **DISMISSED WITH PREJUDICE**.

Dated: May 16, 2012

                                    s/Thomas L. Ludington
                                    THOMAS L. LUDINGTON
                                    United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 16, 2012.

                             s/Tracy A. Jacobs
                             TRACY A. JACOBS